**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **MIDCONTINENT EXPRESS PIPELINE, LLC** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 3:08CV298** |
| **2.69 ACRES IN HINDS COUNTY, MISSISSIPPI, RAY HERRINGTON, MARY HERRINGTON, AND UNKNOWN PERSONS HAVING INTEREST IN SAID PROPERTY** | **DEFENDANTS** |

**ORDER OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Midcontinent Express Pipeline, LLC and moves for the case to be dismissed without prejudice since the parties have reached an agreement on this matter; and the Court having found that the motion is well taken and should be sustained, it is hereby

ORDERED AND ADJUDGED that this matter be and the same is hereby dismissed without prejudice.

SO ORDERED on this, the 27th day of May, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE